# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

RYAN J. PAUL,

        Petitioner,

v.

FEDERAL AVIATION ADMINISTRATION,

        Respondent.

Case No. 24-1348

## PETITION FOR REVIEW OF A FINAL DECISION OF THE FEDERAL AVIATION ADMINISTRATION

Notice is hereby given on Friday, October 25, 2024, that Petitioner Ryan J. Paul hereby petitions the United States Court of Appeals for the District of Columbia Circuit for review of the order of Respondent Federal Aviation Administration entered on August 27, 2024, a copy of which is attached hereto. Petitioner respectfully seeks the review of the August 27, 2024 order's determination that Petitioner "refused" to submit to a Department of Transportation/Federal Aviation Administration random drug test. Such determination is a finding that Petitioner committed a rule violation under the regulations and has significant, lifetime adverse consequences for him.

Date: October 25, 2024					Respectfully submitted,

/s/ *Stephanie Spanja*
Stephanie Spanja, Bar No. 62342
AIR LINE PILOTS ASSOCIATION,
  INTERNATIONAL
Legal Department
7950 Jones Branch Drive, Suite 400S
McLean, VA 22102
*Stephanie.Spanja@alpa.org*
(703) 481-2475
(703) 481-2478 fax

*Attorney for Petitioner*

# Attachment



U.S. Department of Transportation
**Federal Aviation Administration**

Aviation Safety

Drug Abatement Division
Special Investigations Branch
aam830@faa.gov

August 27, 2024

**Via FedEx**

File Number: 2024WA910284

Ryan J. Paul

Dear Mr. Paul:

We have concluded our investigation into your refusal to submit to a Department of Transportation (DOT)/Federal Aviation Administration (FAA) random drug test directed by Amerijet International, Inc. on April 2, 2024.

This correspondence is to inform you that we are not taking any legal enforcement action against you in connection with your refusal to submit to testing but have referred this matter to the FAA's Office of Aerospace Medicine.

In accordance with 49 CFR § 40.285, an individual who refuses to submit to any DOT test cannot perform any DOT safety-sensitive duties for any employer until the individual has completed the Substance Abuse Professional (SAP) evaluation, referral, and education/treatment process, as required by 14 CFR Part 120 and 49 CFR Part 40, Subpart O.

Please contact me at (202) 267-8369 with any questions about this correspondence.

Sincerely,

LACEY N JONES  Digitally signed by LACEY N JONES
Date: 2024.08.27 11:39:19 -04'00'

Lacey N. Jones
Aviation Safety
Manager, Special Investigations Branch
Drug Abatement Division

Enclosure: Privacy Act Notice

www.faa.gov/go/drugabatement

## CERTIFICATE OF SERVICE

      I hereby certify that, on this 25th day of October 2024, pursuant to Federal Rules of Appellate Procedure 15(c)(1), 25, and D.C. Circuit Rule 15(a), I caused a copy of the foregoing Petition for Review to be served by first-class mail, postage prepaid, on the following:

Lacey N. Jones
Aviation Safety
Manager, Special Investigations Branch
Drug Abatement Division
Federal Aviation Administration
800 Independence Ave., SW
Washington, DC 20591

Office of the Chief Counsel
Federal Aviation Administration
800 Independence Ave., SW
Washington, DC 20591

                                                  */s/ Stephanie Spanja*
                                                  Stephanie Spanja